No. D–879. IN RE DISBARMENT OF ANDERSON. Disbarment entered. [For earlier order herein, see 494 U. S. 1052.]

No. D–899. IN RE DISBARMENT OF DONNELLY. Disbarment entered. [For earlier order herein, see 495 U. S. 945.]

No. D–902. IN RE DISBARMENT OF METZ. Disbarment entered. [For earlier order herein, see 495 U. S. 955.]

No. D–910. IN RE DISBARMENT OF HENDRICKSON. Disbarment entered. [For earlier order herein, see 496 U. S. 923.]

No. D–918. IN RE DISBARMENT OF LOVELL. Disbarment entered. [For earlier order herein, see 497 U. S. 1045.]

No. D–923. IN RE DISBARMENT OF MORROW. Disbarment entered. [For earlier order herein, see 497 U. S. 1046.]

No. D–939. IN RE DISBARMENT OF MAZZOCONE. It is ordered that Carl M. Mazzocone, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–940. IN RE DISBARMENT OF MOORE. It is ordered that Robert Allen Moore, of Brownsville, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–941. IN RE DISBARMENT OF AUSBURN. It is ordered that J. Mack Ausburn, of Big Spring, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–942. IN RE DISBARMENT OF LOGAN. It is ordered that Jon Gregory Logan, of Holton, Kan., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–943. IN RE DISBARMENT OF FRASER. It is ordered that Bruce Cameron Fraser, of Winston-Salem, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.